IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMERICAN SOUTHWEST MORTGAGE CORP., and AMERICAN SOUTHWEST MORTGAGE FUNDING CORP., <br><br> Plaintiffs, <br><br> v. <br><br> CONTINENTAL CASUALTY COMPANY, <br><br> Defendant. | Case No. CIV-20-00422-PRW |

## JUDGMENT

This matter came before the Court on a motion for summary judgment seeking declaratory judgment to establish the liability limit of an insurance policy. As previously set forth in the Court's Orders (Dkts. 41 & 51), Plaintiffs are held to their submitted facts of two erroneous audit reports—the 2014 report and the 2016 report—and the Court finds that the two Plaintiffs' claims arising from the same audit report are "interrelated," while claims arising from different audit reports are not "interrelated." This results in two claims, and an applicable liability limit of $2,000,000. Accordingly, Plaintiffs' request for declaratory judgment is **GRANTED** for the reasons set forth in the previous Orders, and declaratory judgment that the liability limit is $2,000,000 is entered in their favor.

**IT IS SO ENTERED** this 4th day of April, 2022, in Oklahoma City, Oklahoma.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE