FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

October 16, 2023

_____

Christopher M. Wolpert
Clerk of Court

| | |
|---|---|
| AMERICAN SOUTHWEST MORTGAGE CORP.; AMERICAN SOUTHWEST MORTGAGE FUNDING CORP., <br><br> Plaintiffs - Appellees/Cross-Appellants, <br><br> v. <br><br> CONTINENTAL CASUALTY COMPANY, <br><br> Defendant - Appellant/Cross-Appellee. | Nos. 22-6071 & 22-6075 <br> (D.C. No. 5:20-CV-00422-PRW) <br> (W.D. Okla.) |

_____

**JUDGMENT**

_____

Before **McHUGH**, **KELLY**, and **EID**, Circuit Judges.

_____

These appeals originated in the Western District of Oklahoma and were argued by counsel.

The judgment of that court is affirmed in part and reversed in part. The case is remanded to the United States District Court for the Western District of Oklahoma for further proceedings in accordance with the opinion of this court.


Entered for the Court


CHRISTOPHER M. WOLPERT, Clerk