# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMERICAN SOUTHWEST MORTGAGE CORP., and AMERICAN SOUTHWEST MORTGAGE FUNDING CORP.,<br><br>    Plaintiffs,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>    Defendant. | Case No. CIV-20-00422-PRW |

## REVISED JUDGMENT

This matter comes before the Court on remand pursuant to the Order and Judgment of the United States Court of Appeals for the Tenth Circuit (Dkts. 65, 66). On appeal, the Tenth Circuit held that Plaintiffs' claims arising from the 2014 and 2016 audit reports were interrelated and that claims based on each individual audit were also interrelated, affirming in part and reversing in part the Court's previous judgment. This results in one claim and an applicable liability limit of $1,000,000. Accordingly, the Court enters declaratory judgment that the liability limit is $1,000,000.

**IT IS SO ENTERED** this 19th day of December, 2023, in Oklahoma City, Oklahoma.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE